IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | CRIMINAL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:09-cr-320-TCB |
| JERRY CHESTER, DONNIE | ) | |
| ZELLNER, GRANT DECATUR | ) | |
| ALLEN, JR. and GEORGE | ) | |
| WASHINGTON DUNN, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

This matter is before the Court on the Report and Recommendation ("R&R") [189] issued by Magistrate Judge Gerrilyn G. Brill, which recommends that Defendant Dunn's motion to sever [108] and motion to bifurcate trial on count nine [133] be denied. Dunn has filed objections to the R&R [191].

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district judge may accept, reject or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C); *Williams v.*

*Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The district judge must "give fresh consideration to those issues to which specific objection has been made by a party." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). Those portions of an R&R to which an objection is not asserted are reviewed for plain error. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

After careful review, the Court finds that Judge Brill's R&R [189] is correct in both law and fact and that Dunn's objections lack merit. Accordingly, the Court ADOPTS AS ITS ORDER the R&R [189].

IT IS SO ORDERED this 11th day of February, 2011.

Timothy C. Batten, Sr.
United States District Judge